# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

JANIS ANN ROUX,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1175

———————————————

July 10, 2024

Appeal from the Circuit Court for Pinellas County; Susan St. John, Judge.

Howard L. Dimmig, II, Public Defender, and Andrea M. Norgard, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

ROTHSTEIN-YOUAKIM, SMITH, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.